IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TOMIE BARRAS**                                                                      **PLAINTIFF**

V.                      NO. 3:16-CV-209-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 30th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE